# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0552, <u>State of New Hampshire v. George L. Dore</u>, the court on April 7, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The defendant, George L. Dore, appeals his conviction following a jury trial in Superior Court (<u>Ignatius</u>, J.) on one count of felony reckless conduct using a deadly weapon, namely driving an off-highway recreational vehicle with a passenger in such a way as to place himself and his passenger in danger of serious bodily injury, one misdemeanor count of resisting arrest, and one misdemeanor count of disobeying an officer. We affirm.

The defendant has not presented developed legal argument about any of the numerous issues he raises on appeal. "[I]n the realm of appellate review, a mere laundry list of complaints regarding adverse rulings by the trial court, without developed legal argument, is insufficient to warrant judicial review." <u>State v. Blackmer</u>, 149 N.H. 47, 49 (2003). Based upon our review of the written arguments, the relevant law, and the record on appeal, we find the defendant's insufficiently-developed appellate arguments unpersuasive and uphold his convictions.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**